802. Under such circumstances, we believe the matter can be better resolved at the trial of the case, in which evidence may be taken upon the issue, questions of fact resolved, and a complete record made regarding Latney's status. See United States v Gale, 17 USCMA 40, 37 CMR 304.

It is, therefore, by the Court, this 9th day of October, 1967,

ORDERED that said application tion for Writ of Habeas Corpus and other relief be, and the same is, hereby denied without prejudice to renew the question at the trial of the case.

November 8, 1967

*Petition for Reconsideration Denied:*

No. 67–12. James Henry Latney, Able-Bodied Seaman, U. S. Merchant Marine v Paul R. Ignatius, Secretary of the Navy, et al.

November 15, 1967

No. 67–14. William H. Maxwell, III, PVT, U. S. Army.

ORDERED that said Application be, and the same is, hereby dismissed without prejudice to reinstate said Application when pertinent data necessary for an intelligent determination of the issue is obtained.